UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
-----------------------------------------------------------X
                                                           :
     GOLD MEDAL PRODUCE CO., INC.,                         :
                                     Plaintiff,            :
                                                           :
                 -against-                                 :
                                                           :
     HUNG DUONG, ET AL.,                                   :
                                                           :
                                     Defendants.  :
-----------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__1/30/2020__

19 Civ. 4043 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, a case management conference ("CMC") is scheduled on February 4, 2020, to discuss Plaintiff's proposed motion for summary judgment at Dkt. No. 41;

    WHEREAS, per the Amended Case Management Plan at Dkt. No. 40, the parties' joint status letter -- on discovery and whether they seek a settlement referral -- is due tomorrow, January 31, 2020.  It is hereby

    **ORDERED** that the February 4, 2020, 10:30 a.m. CMC is adjourned sine die.  Plaintiff's request to file a motion for summary judgment is denied at this time, without prejudice to renewal, once the parties have attempted good faith settlement discussions.  In the joint status letter due tomorrow, January 31, 2020, the parties shall advise whether they prefer a referral for a settlement conference before the Magistrate Judge or in the Southern District of New York's mediation program.

    The Clerk of Court is respectfully directed to close Dkt. No. 41.

Dated: January 30, 2020
    New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**