UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
:      USDC SDNY
:      DOCUMENT
:      ELECTRONICALLY FILED
:      DOC #:_____
:      DATE FILED: 2/6/2020

GOLD MEDAL PRODUCE CO., INC.,
                       Plaintiff,

         -against-

HUNG DUONG, ET AL.,

                       Defendants.
-------------------------------------------------------------X

19 Civ. 4043 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

WHEREAS, a case management conference was held on February 6, 2020, to discuss Plaintiff's proposed summary judgment motion. It is hereby

**ORDERED** that Plaintiff shall file the Motion for Summary Judgment by **March 5, 2020**. Defendants' opposition is due **April 2, 2020**. Plaintiff's reply is due **April 16, 2020**. The parties shall comply with the Individual Rules on motion papers, page limits, exhibits and courtesy copies.

Dated: February 6, 2020
        New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**