UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
GOLD MEDAL PRODUCE CO., INC.,
                        Plaintiff,

         -against-

HUNG DUONG, ET AL.,

                      Defendants.
------------------------------------------------------------X

19 Civ. 4043 (LGS)

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/9/2020

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Order at Dkt. No. 48 requires Plaintiff to file the Motion for Summary Judgment by March 5, 2020. Plaintiff did not timely file the motion. It is hereby

**ORDERED** that, unless Plaintiff files the summary judgment motion by **March 11, 2020**, this case will be set for trial. Defendants' opposition deadline is adjourned from April 2, 2020, to **April 8, 2020**. Plaintiff's reply, however, remains due **April 16, 2020**. Continuing failure to comply with Court Orders may result in sanctions.

Dated: March 9, 2020
       New York, New York

                                                LORNA G. SCHOFIELD
                                        UNITED STATES DISTRICT JUDGE