UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
                                           :

GOLD MEDAL PRODUCE, INC.,          :
                                           :

                         Plaintiff,  :         19 Civ. 4043 (LGS)
                                         :

             -against-          :           ORDER
                                       :

HUNG DUONG, et al.,             :
                                         :

                     Defendants. :
-------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, per the Amended Case Management Plan, the case is not to be tried to a jury (Dkt. No. 40);

      WHEREAS, by Order at Dkt. No. 44, the parties were directed to engage in good faith settlement discussions before any motion for summary judgment.  Defendants were amenable to a referral to the Court-annexed mediation program, and Plaintiff did not believe any additional settlement discussions would be productive (Dkt. No. 45);

      WHEREAS, following a case management conference, Plaintiff filed its motion for summary judgment (Dkt. No. 50).  It is hereby

      **ORDERED** that by **November 2, 2020**, the parties shall file a letter informing the Court whether they will stipulate to a summary bench trial on the summary judgment record pursuant to Federal Rule of Civil Procedure 52(a), and if so, attaching such stipulation.  *See Acuff-Rose Music, Inc. v. Jostens, Inc.*, 155 F.3d 140, 142–43 (2d Cir. 1998) (holding that a district court may decide a case by summary bench trial upon stipulation of the parties).  The parties shall also inform the Court whether they are amenable to any referral for a settlement conference before the Magistrate Judge or in the Southern District of New York's mediation program.

Dated: October 30, 2020
      New York, New York

                                        LORNA G. SCHOFIELD
                                   UNITED STATES DISTRICT JUDGE